The Honorable Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BABEL BARK, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>DOT COM, LLC, d/b/a Seattle Software Developers, a Delaware limited liability company,<br><br>                Defendant. | Case No.: 2:17-cv-1417-MJP<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## I. STIPULATION

Plaintiff Babel Bark, Inc. and Defendant Dot Com, LLC, by through their attorneys of record, stipulate that the claims asserted in this action have been fully settled, resolved, or compromised, and an order may be entered dismissing the action with prejudice and without an award of costs to either party.

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE – Page 1

STOLL PETTEYS PLLC
ATTORNEYS AT LAW
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Tel: (206) 456-6697

DATED: October 31, 2017.

| BABEL BARK, INC, | DOT COM, LLC |
|---|---|
| /s/ Alec J. Zadek | /s/ James P. Ware |
| Alec J. Zadek, BBO #672398 | James P. Ware, WSBA #36799 |
| MINTZ, LEVIN, COHN, FERRIS, | MDK LAW ASSOCIATES |
| GLOVSKY AND POPEO, P.C. | 777 108th Ave NE, Suite 2000 |
| One Financial Center | Bellevue, Washington 98004 |
| Boston, MA 02111 | Tel: (425) 455-9610 |
| Tel: (617) 542-6000 | Fax: (425) 455-1170 |
| Fax (617) 542-2241 | jware@mdklaw.com |
| azadek@mintz.com | |
| (*pro hac vice*) | *Attorneys for Defendant Dot Com, LLC* |

/s/ David A. Petteys
David A. Petteys, WSBA #33157
STOLL PETTEYS PLLC
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Tel: (206) 876-7828
Fax: (888) 494-3028
david@stollpetteys.com

*Attorneys for Plaintiff Babel Bark, Inc.*

## II. ORDER

Based on the above stipulation of the parties, It Is ORDERED:

(1)   The above-captioned action is DISMISSED with prejudice; and

(2)   No award of costs shall be made to either party.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: Nov 1, 2017

_____
Judge/Magistrate

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE – Page 2

STOLL PETTEYS PLLC
ATTORNEYS AT LAW
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Tel: (206) 456-6697